**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT WILHELM, | Case No. 1:22-cv-09186-JPO |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| LOGICBIO THERAPEUTICS, INC., RICHARD MOSCICKI, LEON CHEN, FREDERIC CHEREAU, MARK ENYEDY, J. JEFFREY GOATER, SUSAN R. KAHN, DAPHNE KARYDAS, MARK KAY, and MICHAEL WYZGA, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Robert Wilhelm ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 21, 2022

Respectfully Submitted,

*/s/ Richard A. Acocelli*
Richard A. Acocelli
**ACOCELLI LAW, PLLC**
33 Flying Point Road, Suite 131
Southampton, NY 11968
Tel: (631) 204-6187
Email: racocelli@acocellilaw.com

*Attorneys for Plaintiff*